## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 13-cv-01850-CMA-MJW

CRYSTAL VALENZUELA,

    Plaintiff,

v.

21ST CENTURY ADVANTAGE INSURANCE COMPANY, a California corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 15), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED: January __31__, 2014

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Court Judge